# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Parks Diversified, LP,<br><br>TALON DIVERSIFIED HOLDINGS, INC. et al.<br><br>    Plaintiffs<br><br>    vs.<br><br>David Klein et al.<br><br>    Defendants. | CASE NO.: 8:24-cv-00237-SVW<br><br>JUDGMENT<br><br>BK Case No. 8:21-bk-11558-TA<br>Adv. No. 8:23-ap-01030-TA |

Judgment is hereby entered in accordance with the Court's order at 8:23-CV-02230-SVW ECF No. 70, dated May 6, 2024.

DATE:  May 24, 2024

STEPHEN V. WILSON, U.S. DISTRICT JUDGE